# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KEVIN D. MCCLOUD  
3118 TREBES DRIVE  
HARVARD, IL  60033

SSN-xxx-xx-9323

Case Number: 06-72207

Case filed on: 11/22/2006  
Plan Confirmed on: 3/23/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,232.00                Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY RICHARD T JONES | 3,274.00 | 3,274.00 | 1,670.79 | 0.00 |
|  | Total Legal | 3,274.00 | 3,274.00 | 1,670.79 | 0.00 |
| 002 | STEPHEN G. BALSLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BIEHL & BIEHL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | KEY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | AMERICOLLECT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ROADLOANS.COM | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | AMERICAN COLLECTION CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | PROFESSIONAL ACCT. MGMT. | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | PENTAGROUP FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | M.H. COHON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | KEVIN D. MCCLOUD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | BENEFICIAL ILLINOIS INC | 268.50 | 0.00 | 0.00 | 0.00 |
| 004 | NOVASTAR MORTGAGE INC | 199,535.31 | 0.00 | 0.00 | 0.00 |
| 005 | NOVASTAR MORTGAGE INC | 13,875.53 | 428.05 | 428.05 | 0.00 |
|  | Total Secured | 213,679.34 | 428.05 | 428.05 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ALLSTATE INDEMNITY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AMERICAN GENERAL FINANCE | 3,686.85 | 3,686.85 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 4,443.89 | 4,443.89 | 0.00 | 0.00 |
| 009 | CARDUNAL SAVINGS BANK | 10,617.32 | 10,617.32 | 0.00 | 0.00 |
| 011 | CHICAGO TRIBUNE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | PARAGON WAY INC | 348.41 | 348.41 | 0.00 | 0.00 |
| 013 | CRYSTAL LAKE OB/ GYN ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | DISNEY MOVIE CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | GEORGE DALLAS, DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | HEIGHTS FINANCE | 1,354.54 | 1,354.54 | 0.00 | 0.00 |
| 019 | MEGAN MCCLOUD | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MHS PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | PUBLISHERS CLEARING HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | SALLIE MAE EDUCATION FINANCE CORPORATION | 6,046.91 | 6,046.91 | 0.00 | 0.00 |
| 026 | SCIENCE FICTION BOOK CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | SPRINT NEXTEL CORP | 674.95 | 674.95 | 0.00 | 0.00 |
| 029 | STEPHEN KING LIBRARY | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | TCF BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | TRIAD FINANCIAL CORP | 12,777.97 | 12,777.97 | 0.00 | 0.00 |
| 036 | TRU-LINK FENCE DIV PEERLESS | 292.50 | 292.50 | 0.00 | 0.00 |
| 037 | ECMC | 11,407.09 | 11,407.09 | 0.00 | 0.00 |
| 038 | WASHINGTON MUTUAL CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | PORTFOLIO RECOVERY ASSOCIATES | 1,550.09 | 1,550.09 | 0.00 | 0.00 |
|  | Total Unsecured | 53,200.52 | 53,200.52 | 0.00 | 0.00 |
|  | Grand Total: | 270,153.86 | 56,902.57 | 2,098.84 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $2,098.84 |
| Trustee Allowance: | $133.16 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007　　　　　　By  /s/Heather M. Fagan